■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-a. FREDERICK ARNOLD, Admitted in 1981, at a Term of the Appellate Division, Second Department. [769 NYS2d 376]—

Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [*See* 230 AD2d 366.]